

# IN THE
# TENTH COURT OF APPEALS

No. 10-97-00267-CR

**TODD WARREN ALTSCHUL,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

From the 54th District Court
McLennan County, Texas
Trial Court No. 91-281-C

## O R D E R

On June 25, 2018, we received a motion from Appellant, Todd Warren Altschul, to order the clerk of this Court to forward a copy of the mandate in this proceeding to the Department of Public Safety and the Texas Department of Criminal Justice. Contrary to his assertion, we do not have the jurisdiction to rule on the motion. The Court's mandate for this proceeding issued on January 22, 1998. Accordingly, the motion is hereby

dismissed for want of jurisdiction.[1]

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion dismissed
Order issued and filed July 3, 2018



---

[1] In recognition that no system is perfect, we have endeavored to determine if the mandate was properly issued and whether it can be, at this very late date, confirmed that it was sent to the Department of Public Safety by the trial court clerk.  The district clerk confirmed that their records indicate a certified copy of the mandate was sent to the Department of Public Safety on January 22, 1998, which is the date the mandate was issued.  Additionally, the district clerk has agreed to send another certified copy to the Department of Public Safety on the off-chance they failed to receive or record receipt of the mandate in 1998.